# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                  NO. 4:07CR00115-001  SWW

JOHNNY RAY ANDERSON                                                         DEFENDANT

## ORDER

The above entitled cause came on for hearing June 9, 2014 on the government's motion to revoke defendant's conditions of supervised release previously granted in the United States District Court for the Eastern District of Arkansas. Based upon statements on the record, the Court found that the revocation hearing should be continued.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke defendant's supervised release is continued for a period of 90 days to see how defendant will comply with the conditions of supervised release.

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of supervised release. If defendant violates the conditions of supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

The hearing on the government's motion for revocation of supervised release in this matter is continued until *1:00 p.m. on Wednesday, September 17, 2014*, in Room #389, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

IT IS SO ORDERED this 10th day of June 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE