# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                              NO. 4:07CR00115-001 SWW

JOHNNY RAY ANDERSON                                                         DEFENDANT

### ORDER

The above entitled cause came on for hearing September 24, 2014 on the government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding motion to revoke supervised release [doc #41] is *granted* and the supervised release previously granted this defendant, hereby, is *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a *term of TWELVE (12) MONTHS & ONE (1) DAY imprisonment in the custody of the Bureau of Prisons to run concurrent to the state sentence that defendant is now serving on a state parole violation*. The Court recommends that defendant participate in anger management counseling during incarceration.

There will be *ONE (1) YEAR of supervised release* following the term of incarceration. Defendant shall follow all general and standard conditions of supervised release. All other conditions of supervised release previously imposed in defendant's Judgment [doc #31] remain in full force and effect including the following:

1) Defendant shall participate in anger management counseling under the guidance and supervision of the U. S. Probation Office.

2) Defendant shall participate in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

The defendant is remanded to the custody of the U. S. Marshal Service.

IT IS SO ORDERED this 25th day of September 2014.

/s/Susan Webber Wright

United States District Judge